UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANNY GEORGE SAWYERS     CHAPTER 13

         Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE     CASE NO: 1-24-01769-HWV
         Movant
vs.
DANNY GEORGE SAWYERS

         Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on August 6, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on July 20, 2024.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

    **- CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANNY GEORGE SAWYERS     CHAPTER 13

CASE NO: 1-24-01769-HWV

## NOTICE

NOTICE IS HEREBY GIVEN THAT The debtor(s) filed a Chapter13 Bankruptcy Petition on July 20, 2024.

Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file required documents indicated below.

- CHAPTER 13 PLAN

A hearing with the Court has been scheduled for:

| | |
|---|---|
| Sylvia H. Rambo United States Courthouse<br>Bankruptcy Courtroom 4B<br>1501 North 6th Street<br>Harrisburg, PA 17102 | Date: August 28, 2024<br><br>Time: 09:35 AM |

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **August 20, 2024**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Dated: August 6, 2024         Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANNY GEORGE SAWYERS     CHAPTER 13

Debtor(s)     CASE NO: 1-24-01769-HWV

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 6, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

DAWN MARIE CUTAIA, ESQUIRE
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK, PA 17404

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class mail

DANNY GEORGE SAWYERS
160 BURBERRY LANE
MOUNT WOLF, PA 17347

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 6, 2024     /s/ Vickie Williams
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANNY GEORGE SAWYERS

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

vs.

DANNY GEORGE SAWYERS

Respondent(s)

CASE NO: 1-24-01769-HWV

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.