| | | | |
|---|---|---|---|
| Debtor 1 | **Danny George Sawyers** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | 1:24-bk-01769 | | |
| (if known) | | | |

☐ Check if this is an
  amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:     Summarize Your Assets

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $ 317,000.00 |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B........................................ | $ 42,233.27 |
|  | 1c. Copy line 63, Total of all property on Schedule A/B.................................................. | $ 359,233.27 |

### Part 2:     Summarize Your Liabilities

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 191,349.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 0.00 |
|  | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 20,785.00 |

**Your total liabilities**  $ 212,134.00

### Part 3:     Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $ 7,263.52 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ 6,828.64 |

### Part 4:     Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Case 1:24-bk-01769-HWV      Doc 16     Filed 08/22/24     Entered 08/22/24 17:08:44     Desc
Main Document        Page 1 of 34

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **10,608.33**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Danny George Sawyers** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | 1:24-bk-01769 | | |

☐ Check if this is an
amended filing

## Official Form 106A/B
## Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| | | |
|---|---|---|
| **1.1** | | |

**160 Burberry Lane**
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $317,000.00 | $317,000.00 |

**Mount Wolf            PA      17347-0000**
City            State      ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**York**
County

Other information you wish to add about this item, such as local property identification number:

**TBE**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here................................................................=>**

| |
|---|
| **$317,000.00** |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: _____ | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

Model: _____

Year: _____

Approximate mileage: _____

Other information:

| 2017 Buick Invision KBB private party value |
|---|

**Who has an interest in the property?** *Check one*

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? **$13,735.00**

Current value of the portion you own? **$13,735.00**

---

3.2 Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

| 2007 Ford F350 Debtor's adult son made all the payments and put the m0ney down and he is also on the loan. $7,439 is private party value |
|---|

**Who has an interest in the property?** *Check one*

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$7,439.00**

Current value of the portion you own? **$0.00**

---

3.3 Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

| 2013 Chevy Cruise |
|---|

**Who has an interest in the property?** *Check one*

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1,801.00**

Current value of the portion you own? **$1,801.00**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

---

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>    **$15,536.00**

**Part 3:    Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

> **Household goods: furniture, appliances, small appliances, knicnacks, books, 2 bedrrom sets, household tools, lawn mower, gardening tools,  living room furniture, kitchen table and chairs, dishes/pots/pans, lamps.**
>
> **$1,800.00**

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

> **Electronics: 3 TVs, 2 cell phones, laptop computer, chargers/cords, label maker, 2 Alexa smart speakers.**
>
> **$2,300.00**

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes.  Describe.....

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes.  Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes.  Describe.....

> **Clothes: Used Men's clothing**
>
> **$300.00**

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes.  Describe.....

> **Jewelry: Wedding Ring**
>
> **$500.00**

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes.  Describe.....

> **Animals: Cat**
>
> **$0.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes.  Give specific information.....

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................................

| | |
|---|---|
| | **$4,900.00** |

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.....................................................................................................

17.  **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.......................                    Institution name:

| 17.1.  **Checking** | **M&T Bank** | **$3,478.00** |
|---|---|---|

18.  **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................                    Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes.  Give specific information about them...................
Name of entity:                                        % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

21.  **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.
Type of account:                    Institution name:

| | **Retirement:** | **$18,319.27** |
|---|---|---|

22.  **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................                    Institution name or individual:

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............                    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes............    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes.  Give specific information about them...

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

**27.** **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28.** **Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29.** **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30.** **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

**31.** **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.
         Company name:                              Beneficiary:                  Surrender or refund value:

**32.** **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

**33.** **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

**34.** **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

**35.** **Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ............................................................................................................

|  |
|---|
| $21,797.27 |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

|  |
|---|
| $0.00 |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ..................................................................................................

|  |
|---|
| $317,000.00 |

| 56. | **Part 2: Total vehicles, line 5** | $15,536.00 |
|---|---|---|
| 57. | **Part 3: Total personal and household items, line 15** | $4,900.00 |
| 58. | **Part 4: Total financial assets, line 36** | $21,797.27 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54**  + | $0.00 |

62. **Total personal property.** Add lines 56 through 61...    $42,233.27    Copy personal property total    $42,233.27

63. **Total of all property on Schedule A/B**. Add line 55 + line 62

|  |
|---|
| $359,233.27 |

401702828
Tax Parcel: 260001300310000000
Being known and Numbered as 160 Burberry Lane, Mount Wolf, Pennsylvania

Prepared by:
Title Services
75 Shannon Road
Harrisburg, PA 17112
(717)901-8342

```
CERTIFIED PROPERTY IDENTIFICATION NUMBERS
260001300310000000     E MANCH TP
YCGIS REGISTRY 06/21/2017 BY KD
```

Return to:
Title Services
75 Shannon Road
Harrisburg, PA 17112
(717)901-8342

Consideration: $195,000.00

Local Taxes: $1,950.00

State Taxes: $1,950.00

# THIS DEED,

**MADE THE** _2_ day of _June_ , in the year Two Thousand Seventeen (2017)

**BETWEEN** Jill C. Miller f/k/a Jill C. Kirchner, an Adult Individual, Grantor

and

Danny G. Sawyers and Joann T. Sawyers, Husband and Wife, Grantees:

**WITNESSETH,** that in consideration of the sum of One Hundred Ninety-Five Thousand and 00/100 Dollars ($195,000.00), in hand paid, the receipt whereof is hereby acknowledged, the said grantors do hereby grant and convey to the said grantee(s),

EXHIBIT "A"

ALL THAT CERTAIN tract of land lying and being situate in the Township of East Manchester, York County, Pennsylvania, being identified as Lot No. 31, Burberry Lane as shown on a plan of lots known as Asbury Pointe, Lot Line Amendment to Final Plan, Drawing No. A-00-028 as prepared by Stallman & Stahlman, Inc., York, PA, and recorded at the York County Recorder of Deeds Office in Plan Book - RR; Page 268 on August 8, 2001 and being more fully described as follows:

BEGINNING at a concrete monument on the south side of Burberry Lane located approximately 519 feet southeast from the intersection of Burberry Drive and Abbey Drive, said point also marking the northeast corner of Lot No. 30 on plan herein-above mentioned, thence along the south right-of-way of Burberry Drive South 64 degrees 00 seconds 00 seconds East for a distance of 15.00 feet to a concrete monument; thence along the south right-of-way of Burberry Drive cul-de-sac and curve to the left having a radius of 60.00 feet, arc length of 89.87 feet and chord bearing of South 41 degrees 32 minutes 01 seconds East for a distance of 81.70 feet to a concrete monument, thence along the west side of Lot 34 South 05 degrees 33 minutes 25 seconds West for a distance of 118.32 feet to a concrete monument on the north side of River View Road; thence along same North 77 degrees 47 minutes 00 seconds West for a distance of 135.74 feet to a concrete monument; thence along the east side of Lot 30 North 26 degrees 00 minutes 00 seconds East for a distance of 174.43 feet to a concrete monument and the place of BEGINNING.

UNDER AND SUBJECT TO the same rights, privileges, agreements, right-of-ways, easements, conditions, exceptions, restrictions, and reservations as exist by virtue of prior recorded instruments, plans, Deeds of Conveyance, or visible on ground.

BEING KNOWN AND NUMBERED as **160 Burberry Lane, Mount Wolf, Pennsylvania.**

BEING THE SAME PREMISES which Asbury Pointe Limited Partnership, a PA Limited Partnership, and Bottom Line Contracting, Inc., a Pennsylvania Corporation, by deed dated November 26, 2003 and recorded December 2, 2003 in the Office of the Recorder of Deeds in and for York County, Pennsylvania in Record Book 1620, Page 2024, granted and conveyed unto Andrew K. Miller and Jill C. Kirchner, Grantors herein.

THE SAID Andrew K. Miller having since died on January 10, 2016 thereby vesting title in Jill C. Miller, formerly known as Jill C. Kirchner, his wife, surviving tenant of the Tenants by Entireties.

And the said grantors hereby covenant and agree that they will warrant specially the property hereby conveyed.

**IN WITNESS WHEREOF,** said grantors have hereunto set their hands and seals the day and year first above written.

Signed, Sealed and Delivered
     In the Presence of

_____      _____
(Witness)                                 Jill C. Miller,

                                         _____
                                       f/k/a Jill C. Kirchner

STATE OF PENNSYLVANIA

COUNTY OF York       :

On this, the 2 day of June, 2017, before me, the undersigned officer, personally appeared Jill C. Miller f/k/a Jill C. Kirchner, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that she executed same for the purposes therein contained.

**IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

NOTARY PUBLIC _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Jason Stacknick, Notary Public
Hampden Township
Cumberland County
My Commission Expires 11-03-2018

I do hereby certify that the precise residence and complete post office address of the within grantee is:

1600 Burbery Lane, Mont Wolf, PA 17347

June 2 _____, 2017.


Agent for _Grantee_



**YORK COUNTY RECORDER OF DEEDS**
**28 EAST MARKET STREET**
**YORK, PA 17401**

*Randi L. Reisinger - Recorder*
*Bradley G. Daugherty - Deputy*

Instrument Number - **2017027760**
Recorded On 6/21/2017 At 10:23:26 AM
* **Instrument Type - DEED**
  Invoice Number - 1237136
* Grantor - MILLER, JILL C
* Grantee - SAWYERS, DANNY G
  User - MAG
* Customer - SIMPLIFILE LC E-RECORDING

Book - 2426   Starting Page - 1822
* Total Pages - 5

* Received By:

PARCEL IDENTIFICATION NUMBER
  260001300310000000
Total Parcels: 1

* **FEES**

| | |
|---|---|
| STATE TRANSFER TAX | $1,950.00 |
| STATE WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $35.50 |
| RECORDING FEES | $13.00 |
| AFFORDABLE HOUSING | $11.50 |
| PIN NUMBER FEES | $10.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| NORTHEASTERN SCHOOL REALTY TAX | $975.00 |
| EAST MANCHESTER TOWNSHIP | $975.00 |
| TOTAL PAID | $3,975.50 |

I Certify This Document To Be
Recorded In York County, Pa.



Recorder of Deeds

*THIS IS A CERTIFICATION PAGE*

# PLEASE DO NOT DETACH
*THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT*

\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

Book: **2426** Page: **1826**

| | |
|---|---|
| Debtor 1 | **Danny George Sawyers** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:24-bk-01769** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **160 Burberry Lane Mount Wolf, PA 17347  York County**<br>**TBE**<br>Line from *Schedule A/B*: **1.1** | $317,000.00 | ■ | $143,464.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2013 Chevy Cruise**<br>Line from *Schedule A/B*: **3.3** | $1,801.00 | ■ | $1,801.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Household goods: furniture, appliances, small appliances, knicnacks, books, 2 bedrroom sets, household tools, lawn mower, gardening tools,  living room furniture, kitchen table and chairs, dishes/pots/pans, lamps.**<br>Line from *Schedule A/B*: **6.1** | $1,800.00 | ■ | $1,800.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Electronics: 3 TVs, 2 cell phones, laptop computer, chargers/cords, label maker, 2 Alexa smart speakers.**<br>Line from *Schedule A/B*: **7.1** | $2,300.00 | ■ | $2,300.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Clothes: Used Men's clothing**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8124(a)(1) |
| **Jewelry: Wedding Ring**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |
| **Checking: M&T Bank**<br>Line from *Schedule A/B*: **17.1** | $3,478.00 | ■ $3,478.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| **Retirement:**<br>Line from *Schedule A/B*: **21.1** | $18,319.27 | ■ $18,319.27<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 PA C.S. § 8124(b)(1)(ix) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Debtor 1 | **Danny George Sawyers** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number **1:24-bk-01769**
(if known)

☐ Check if this is an
amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.1** **Bridgecrest Acceptance Corp**
Creditor's Name

**7300 East Hampton Avenue Suite 100 Mesa, AZ 85209**
Number, Street, City, State & Zip Code

**Amount of claim:** $16,484.00
**Value of collateral:** $13,735.00
**Unsecured portion:** $2,749.00

Describe the property that secures the claim:

**2017 Buick Invision KBB private party value**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred **Opened 08/20 Last Active 6/17/24**

Last 4 digits of account number **5401**

| Debtor 1 | Danny George Sawyers | | Case number (if known) | 1:24-bk-01769 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 2.2 | M & T Bank | | $173,536.00 | $317,000.00 | $0.00 |
|---|---|---|---|---|---|

**2.2**

**M & T Bank**
Creditor's Name

**Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Date debt was incurred**  **Opened 06/17 Last Active 07/24**

**Describe the property that secures the claim:**

**160 Burberry Lane Mount Wolf, PA 17347  York County
TBE**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** 8257

---

| 2.3 | Wells Fargo Dealer Services | | $1,329.00 | $7,439.00 | $0.00 |
|---|---|---|---|---|---|

**2.3**

**Wells Fargo Dealer Services**
Creditor's Name

**Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Date debt was incurred**  **Opened 03/17  Last Active 6/03/24**

**Describe the property that secures the claim:**

**2007 Ford F350
Debtor's adult son made all the payments and put the m0ney down and he is also on the loan. $7,439 is private party value**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)  **cosigned with son**

**Last 4 digits of account number** 7102

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $191,349.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $191,349.00 |

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Fill in this information to identify your case:

Debtor 1 **Danny George Sawyers**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number **1:24-bk-01769**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter
   13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | **Navy Welder** | |
| Employer's name | **Johnson Controls** | |
| Employer's address | **York, PA 17403** | |
| How long employed there? | **8 years** | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **10,608.00** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ **10,608.00** | $ **0.00** |

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 10,608.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 2,352.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 636.48 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 270.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 86.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 3,344.48    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 7,263.52    $ 0.00

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 7,263.52   +   $ 0.00   =   $ 7,263.52
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____     11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies     12.   $ 7,263.52

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:   **Due to significant overtime Debtor likely won't get a refund for 2024. Debtor will be signing up for 401(k) contributions - 6%**

Case 1:24-bk-01769-HWV    Doc 16    Filed 08/22/24    Entered 08/22/24 17:08:44    Desc
Main Document     Page 19 of 34

Fill in this information to identify your case:

Debtor 1 **Danny George Sawyers**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF PENNSYLVANIA**

Case number **1:24-bk-01769**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes.  Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ **1,489.64**

   **If not included in line 4:**

   4a.   Real estate taxes    4a. $ **0.00**
   4b.   Property, homeowner's, or renter's insurance    4b. $ **0.00**
   4c.   Home maintenance, repair, and upkeep expenses    4c. $ **250.00**
   4d.   Homeowner's association or condominium dues    4d. $ **0.00**
5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $ **0.00**

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | $ | **325.00** |
| 6b. | Water, sewer, garbage collection | 6b. | $ | **200.00** |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **0.00** |
| 6d. | Other. Specify:  **Internet** | 6d. | $ | **120.00** |
| | **Cell phone** | | $ | **131.00** |
| | **Netflix** | | $ | **16.00** |
| | **Peacock** | | $ | **6.00** |
| | **Amazon Prime** | | $ | **16.00** |
| 7. | **Food and housekeeping supplies** | 7. | $ | **950.00** |
| 8. | **Childcare and children's education costs** | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | **200.00** |
| 10. | **Personal care products and services** | 10. | $ | **130.00** |
| 11. | **Medical and dental expenses** | 11. | $ | **1,050.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | **295.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | **300.00** |
| 14. | **Charitable contributions and religious donations** | 14. | $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| 15a. | Life insurance | 15a. | $ | **0.00** |
| 15b. | Health insurance | 15b. | $ | **0.00** |
| 15c. | Vehicle insurance | 15c. | $ | **252.00** |
| 15d. | Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ | **598.00** |
| 17b. | Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| 17c. | Other. Specify: | 17c. | $ | **0.00** |
| 17d. | Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| 20b. | Real estate taxes | 20b. | $ | **0.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify:  **Pet/Vet Care** | 21. | +$ | **125.00** |
| | **wife's credit card debt** | | +$ | **375.00** |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **6,828.64** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **6,828.64** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **7,263.52** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **6,828.64** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **434.88** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.  Explain here: **Debtor's overtime may be cut and Debtor's wife needs to have eye surgery which is why the medical expesnes are higher. The amount listed is an estimate. So far this year the bills have been over $4000 but that does not include the surgery.**

**Fill in this information to identify your case:**

Debtor 1   **Danny George Sawyers**
           First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number   **1:24-bk-01769**
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Danny George Sawyers**                          X _____
   **Danny George Sawyers**
   Signature of Debtor 1                                   Signature of Debtor 2

   Date   **August 22, 2024**                              Date _____

Official Form 106Dec                     Declaration About an Individual Debtor's Schedules

| Debtor 1 | **Danny George Sawyers** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number  1:24-bk-01769
(if known)

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
   | **For last calendar year:** (January 1 to December 31, 2023 ) | ■ Wages, commissions, bonuses, tips | $89,037.00 | ☐ Wages, commissions, bonuses, tips | |
   | | ☐ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 ) | ■ Wages, commissions, bonuses, tips | $79,302.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.  Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
■ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **M&T Mortgage**<br>**P.o. Box 62182**<br>**Baltimore, MD 21264-2182** | 05/06/2024,<br>06/03/2024,<br>07/01/2024 | $4,426.92 | $173,000.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

### Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ■ No
    ☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

### Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

�■ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

---

**Part 6:   List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No

☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:   List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

■ No

☐ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No

☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No

☐ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

■ No

☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

| Part 9: | Identify Property You Hold or Control for Someone Else |

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes.  Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

| Part 10: | Give Details About Environmental Information |

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

■ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Danny George Sawyers**
**Danny George Sawyers**                                          _____
Signature of Debtor 1                                            **Signature of Debtor 2**

Date    **August 22, 2024**                                      Date    _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

## United States Bankruptcy Court
### Middle District of Pennsylvania

In re __Danny George Sawyers__           Case No. __1:24-bk-01769__

                         Debtor(s)          Chapter __13__

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Danny George Sawyers__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐      I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐      I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■      I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date __August 22, 2024__          Signature __/s/ Danny George Sawyers__

                                                         __Danny George Sawyers__

                                                         Debtor

# Earnings Statement



*JOHNSON CONTROLS FEDERAL SYSTEMS, LLC*
*2101 GAITHER ROAD, SUITE 400*
*ROCKVILLE, MD 20850-4039*

Period Beginning: 06/24/2024
Period Ending: 07/07/2024
Pay Date: 07/12/2024

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: 1

**DANNY G SAWYERS**
**160 BURBERRY LN**
**MT. WOLF, PA 17347**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 72.00 | 2,372.40 | 35,190.60 |
| Overtime | 49.4250 | 24.00 | 1,186.20 | 17,403.04 |
| Dble Time O/T | 65.9000 | 10.00 | 659.00 | 12,257.40 |
| Vacation | 32.9500 | 8.00 | 263.60 | 1,713.40 |
| AWARDS | | | | 75.52 |
| Qtr Gain Share | | | | 1,492.08 |
| **Gross Pay** | | | **$4,481.20** | 68,132.04 |

## Deductions

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -411.47 | 7,176.55 |
| Social Security Tax | | -271.19 | 4,138.00 |
| Medicare Tax | | -63.43 | 967.76 |
| PA State Income Tax | | -134.15 | 2,047.22 |
| Spring Garde Income Tax | | -43.70 | 666.86 |
| PA SUI Tax | | -3.13 | 47.69 |
| **Other** | | | |
| Dental | | -17.81* | 231.53 |
| Medical | | -87.55* | 1,138.15 |
| Pa Lst Tax | | -2.00 | 28.00 |
| Uniforms | | -10.68 | 128.28 |
| Union Dues | | -38.02 | 553.76 |
| Vision | | -5.98* | 77.74 |
| 401K Loan 2 | | -9.52 | 133.28 |
| 401 K Loan | | | 1,193.47 |
| **Net Pay** | | **$3,382.57** | |
| Check Ach | | -3,382.57 | |

| Net Check | $0.00 |
|---|---|

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$4,369.86
Your PA taxable wages this period are
$4,369.86
Your Spring Garde taxable wages this period are
$4,369.86

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 4.09 | 57.26 |
| Totl Hrs Worked | 106.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER 240 683-7762

BASIS OF PAY: HOURLY

**Regular Hours:**

| Rate | Hours | Earnings |
|---|---|---|
| 32.95 | 40.00 | 1,318.00 |
| 32.95 | 32.00 | 1,054.40 |

© 2000 ADP, Inc.

JOHNSON CONTROLS FEDERAL SYSTEMS, LLC
2101 GAITHER ROAD, SUITE 400
ROCKVILLE, MD 20850-4039

Advice number: **00000280220**
Pay date: 07/12/2024

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **DANNY G SAWYERS** | xxxxxx5712 | xxxx xxxx | $3,382.57 |

## NON-NEGOTIABLE

# Earnings Statement



*JOHNSON CONTROLS FEDERAL SYSTEMS, LLC*
*2101 GAITHER ROAD, SUITE 400*
*ROCKVILLE, MD 20850-4039*

| | | |
|---|---|---|
| Period Beginning: | 05/27/2024 |
| Period Ending: | 06/09/2024 |
| Pay Date: | 06/14/2024 |

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:     1
    PA:        1

**DANNY G SAWYERS**
**160 BURBERRY LN**
**MT. WOLF, PA 17347**

## Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | | 72.00 | 2,372.40 | 30,314.00 |
| Overtime | 49.4250 | 31.50 | 1,556.89 | 15,026.19 |
| Dble Time O/T | 65.9000 | 20.00 | 1,318.00 | 10,675.80 |
| Vacation | 32.9500 | 8.00 | 263.60 | 1,318.00 |
| AWARDS | | | | 75.52 |
| Qtr Gain Share | | | | 1,492.08 |
| **Gross Pay** | | | **$5,510.89** | 58,901.59 |

## Deductions

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -633.05 | 6,299.59 |
| | Social Security Tax | -335.03 | 3,579.01 |
| | Medicare Tax | -78.36 | 837.03 |
| | PA State Income Tax | -165.77 | 1,770.69 |
| | Spring Garde Income Tax | -54.00 | 576.78 |
| | PA SUI Tax | -3.86 | 41.23 |
| | **Other** | | |
| | Dental | -17.81* | 195.91 |
| | Medical | -87.55* | 963.05 |
| | Pa Lst Tax | -2.00 | 24.00 |
| | Uniforms | -10.68 | 106.92 |
| | Union Dues | -38.02 | 477.72 |
| | Vision | -5.98* | 65.78 |
| | 401K Loan 2 | -9.52 | 114.24 |
| | 401 K Loan | | 1,193.47 |
| | **Net Pay** | **$4,069.26** | |
| | Check Ach | -4,069.26 | |

**Net Check**      **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$5,399.55
Your PA taxable wages this period are
$5,399.55
Your Spring Garde taxable wages this period are
$5,399.55

**Other Benefits and Information**

| | this period | total to date |
|---|-------------|---------------|
| Group Term Life | 4.09 | 49.08 |
| Totl Hrs Worked | 123.50 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER 240 683-7762

BASIS OF PAY: HOURLY

**Regular Hours:**

| Rate | Hours | Earnings |
|------|-------|----------|
| 32.95 | 40.00 | 1,318.00 |
| 32.95 | 32.00 | 1,054.40 |

© 2000 ADP, Inc.

---

JOHNSON CONTROLS FEDERAL SYSTEMS, LLC
2101 GAITHER ROAD, SUITE 400
ROCKVILLE, MD 20850-4039

| | |
|---|---|
| **Advice number:** | **00000240217** |
| Pay date: | 06/14/2024 |

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| **DANNY G SAWYERS** | xxxxxx5712 | xxxx xxxx | $4,069.26 |

*THIS IS NOT A CHECK*

## NON-NEGOTIABLE



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|--|
| G8N | 841062 | 861001 | 86101 | 0000260220 | 1 |

# Earnings Statement



*JOHNSON CONTROLS FEDERAL SYSTEMS, LLC*
*2101 GAITHER ROAD, SUITE 400*
*ROCKVILLE,  MD 20850-4039*

| | |
|--|--|
| Period Beginning: | 06/10/2024 |
| Period Ending: | 06/23/2024 |
| Pay Date: | 06/28/2024 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:      1
   PA:         1

**DANNY  G SAWYERS**
**160 BURBERRY LN**
**MT. WOLF,  PA 17347**

## Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | | 76.00 | 2,504.20 | 32,818.20 |
| Overtime | 49.4250 | 24.09 | 1,190.65 | 16,216.84 |
| Dble Time O/T | 65.9000 | 14.00 | 922.60 | 11,598.40 |
| Vacation | 32.9500 | 4.00 | 131.80 | 1,449.80 |
| AWARDS | | | | 75.52 |
| Qtr Gain Share | | | | 1,492.08 |
| **Gross Pay** | | | **$4,749.25** | 63,650.84 |

## Deductions

| Statutory | this period | year to date |
|-----------|-------------|--------------|
| Federal Income Tax | -465.49 | 6,765.08 |
| Social Security Tax | -287.80 | 3,866.81 |
| Medicare Tax | -67.30 | 904.33 |
| PA State Income Tax | -142.38 | 1,913.07 |
| Spring Garde Income Tax | -46.38 | 623.16 |
| PA SUI Tax | -3.33 | 44.56 |

| Other | | |
|-------|-------------|--------------|
| Dental | -17.81* | 213.72 |
| Medical | -87.55* | 1,050.60 |
| Pa Lst Tax | -2.00 | 26.00 |
| Uniforms | -10.68 | 117.60 |
| Union Dues | -38.02 | 515.74 |
| Vision | -5.98* | 71.76 |
| 401K Loan 2 | -9.52 | 123.76 |
| 401 K Loan | | 1,193.47 |
| **Net Pay** | **$3,565.01** | |
| Check Ach | -3,565.01 | |

**Net Check**          **$0.00**

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$4,637.91
Your PA taxable wages this period are
$4,637.91
Your Spring Garde taxable wages this period are
$4,637.91

**Other Benefits and Information**

| | this period | total to date |
|--|-------------|---------------|
| Group Term Life | 4.09 | 53.17 |
| Totl Hrs Worked | 114.09 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER 240 683-7762

BASIS OF PAY: HOURLY

**Regular Hours:**

| Rate | Hours | Earnings |
|------|-------|----------|
| 32.95 | 36.00 | 1,186.20 |
| 32.95 | 40.00 | 1,318.00 |

© 2000 ADP, Inc.

JOHNSON CONTROLS FEDERAL SYSTEMS, LLC
2101 GAITHER ROAD, SUITE 400
ROCKVILLE, MD 20850-4039

| | |
|--|--|
| Advice number: | **00000260220** |
| Pay date: | 06/28/2024 |

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **DANNY G SAWYERS** | xxxxxx5712 | xxxx xxxx | $3,565.01 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

# Earnings Statement



*JOHNSON CONTROLS FEDERAL SYSTEMS, LLC*
*2101 GAITHER ROAD, SUITE 400*
*ROCKVILLE, MD 20850-4039*

| | |
|---|---|
| Period Beginning: | 05/13/2024 |
| Period Ending: | 05/26/2024 |
| Pay Date: | 05/31/2024 |

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal:    1
   PA:        1

**DANNY G SAWYERS**
**160 BURBERRY LN**
**MT. WOLF, PA 17347**

### Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | | 80.00 | 2,636.00 | 27,941.60 |
| Overtime | 49.4250 | 21.00 | 1,037.93 | 13,469.30 |
| AWARDS | | | | 75.52 |
| Dble Time O/T | | | | 9,357.80 |
| Qtr Gain Share | | | | 1,492.08 |
| Vacation | | | | 1,054.40 |
| **Gross Pay** | | | **$3,673.93** | 53,390.70 |

### Deductions

| Deductions | this period | year to date |
|-----------|-------------|--------------|
| **Statutory** | | |
| Federal Income Tax | -327.96 | 5,666.54 |
| Social Security Tax | -228.04 | 3,243.98 |
| Medicare Tax | -53.33 | 758.67 |
| PA State Income Tax | -112.79 | 1,604.92 |
| Spring Garde Income Tax | -36.74 | 522.78 |
| PA SUI Tax | -2.57 | 37.37 |
| **Other** | | |
| Pa Lst Tax | -2.00 | 22.00 |
| Union Dues | -38.02 | 439.70 |
| 401K Loan 2 | -9.52 | 104.72 |
| Dental | | 178.10 |
| Medical | | 875.50 |
| Uniforms | | 96.24 |
| Vision | | 59.80 |
| 401 K Loan | | 1,193.47 |
| **Net Pay** | **$2,862.96** | |
| Check Ach | -2,862.96 | |

**Net Check**          **$0.00**

Your federal taxable wages this period are
$3,673.93
Your PA taxable wages this period are
$3,673.93
Your Spring Garde taxable wages this period are
$3,673.93

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 4.09 | 44.99 |
| Totl Hrs Worked | 101.00 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER 240 683-7762

BASIS OF PAY: HOURLY

**Regular Hours:**

| Rate | Hours | Earnings |
|------|-------|----------|
| 32.95 | 40.00 | 1,318.00 |
| 32.95 | 40.00 | 1,318.00 |

© 2000 ADP, Inc.

JOHNSON CONTROLS FEDERAL SYSTEMS, LLC
2101 GAITHER ROAD, SUITE 400
ROCKVILLE, MD 20850-4039

| | |
|---|---|
| **Advice number:** | **00000220209** |
| Pay date: | 05/31/2024 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **DANNY G SAWYERS** | xxxxxx5712 | xxxx xxxx | $2,862.96 |

## NON-NEGOTIABLE