United States Bankruptcy Court

Middle District of Pennsylvania

In re:            Case No. 24-01769-HWV
Danny George Sawyers           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Aug 21, 2024      Form ID: ntnew341      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danny George Sawyers, 160 Burberry Lane, Mount Wolf, PA 17347-9591 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2024 00:29:02 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5631462 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 22 2024 00:08:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 5632208 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2024 00:44:48 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5631463 | + | Email/Text: bankruptcy@credencerm.com | Aug 22 2024 00:08:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5631461 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2024 00:07:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5632726 | | Email/Text: mrdiscen@discover.com | Aug 22 2024 00:07:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5631464 | + | Email/Text: mrdiscen@discover.com | Aug 22 2024 00:07:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5631459 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2024 00:07:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5631465 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 22 2024 00:07:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5633901 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 00:42:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5631466 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 00:44:56 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5631467 | | Email/Text: camanagement@mtb.com | Aug 22 2024 00:07:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5631468 | ^ | MEBN | Aug 21 2024 23:57:00 | Patenaude & Felix, A.P.C, 2400 ANSYS DR STE 402 B, Canonsburg, PA 15317-0403 |
| 5631469 | ^ | MEBN | Aug 21 2024 23:55:26 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |

| | | | | |
|---|---|---|---|---|
| 5632579 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 22 2024 00:45:57 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5632796 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 22 2024 00:44:44 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, IRVING, TEXAS 75016-9005 |
| 5631470 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 22 2024 00:27:22 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 5631471 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 22 2024 00:45:25 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 5631472 | + | Email/Text: BKRMailOps@weltman.com | Aug 22 2024 00:07:00 | Weltman Weinberg Reis, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |
| 5631460 | + | Email/Text: kcm@yatb.com | Aug 22 2024 00:07:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Danny George Sawyers dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Danny George Sawyers,   Chapter   13

**Debtor 1**

Case No.   1:24−bk−01769−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: September 12, 2024<br><br>Time: 11:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 21, 2024 |

ntnew341 (09/23)