In re:  Case No. 24-01769-HWV

Danny George Sawyers  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2

Date Rcvd: Sep 26, 2024     Form ID: ntcnfhrg     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danny George Sawyers, 160 Burberry Lane, Mount Wolf, PA 17347-9591 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 26 2024 18:43:42 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5631462 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 26 2024 18:41:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 5632208 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 26 2024 18:43:20 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5650233 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 26 2024 18:43:18 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 5631463 | + | Email/Text: bankruptcy@credencerm.com | Sep 26 2024 18:41:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5631461 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2024 18:41:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5632726 | | Email/Text: mrdiscen@discover.com | Sep 26 2024 18:41:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5631464 | + | Email/Text: mrdiscen@discover.com | Sep 26 2024 18:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5631459 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2024 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5631465 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 26 2024 18:41:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5633901 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2024 18:43:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5631466 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2024 18:43:27 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5631467 | | Email/Text: camanagement@mtb.com | Sep 26 2024 18:41:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5631468 | ^ | MEBN | Sep 26 2024 18:35:58 | Patenaude & Felix, A.P.C, 2400 ANSYS DR STE 402 B, Canonsburg, PA 15317-0403 |

| | | | | |
|---|---|---|---|---|
| 5631469 | ^ MEBN | | Sep 26 2024 18:34:33 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 5632579 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | Sep 26 2024 18:43:30 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5632796 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Sep 26 2024 18:43:14 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, IRVING, TEXAS 75016-9005 |
| 5631470 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Sep 26 2024 18:53:55 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 5631471 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Sep 26 2024 18:43:29 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 5631472 | + Email/Text: BKRMailOps@weltman.com | | Sep 26 2024 18:41:00 | Weltman Weinberg Reis, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |
| 5631460 | + Email/Text: kcm@yatb.com | | Sep 26 2024 18:41:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Danny George Sawyers dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Danny George Sawyers,      Chapter     13

**Debtor 1**

Case No.     1:24−bk−01769−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 30, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: November 6, 2024<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 26, 2024 |

ntcnfhrg (08/21)