UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Harrisburg)

IN RE: DANNY GEORGE SAWYERS   CASE NO: 24-01769

CHAPTER: 13

Debtor (s)

### NOTICE OF CLAIM SATISFACTION

As to Claim 4 filed on 07/26/2024, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

12/10/2024   /s/Anthony Vasquez
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (08/22/23)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# CERTIFICATE OF SERVICE

UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Harrisburg)

IN RE:    DANNY GEORGE SAWYERS    CASE NO:    24-01769

CHAPTER:    13

Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on [Date of notice filing], I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

12/10/2024                      /s/Anthony Vasquez
                                       Bankruptcy Processor
                                       Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (08/22/23)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:24-bk-01769-HWV    Doc 30    Filed 12/10/24    Entered 12/10/24 10:53:06    Desc
Main Document    Page 2 of 2